# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EJL, INC. and EDMOND LAFLAMME,          :
                                        :
    Petitioners,              :
                                        :
v.                                      :     CIVIL NO.     3:02CV2303 (MRK)
                                        :
TRUGREEN LANDCARE, LLC.                 :
                                        :
    Respondent.              :

## ORDER

The parties having conferred with the Court on October 28, 2003 in the above-captioned

matter, the following is hereby ordered:

1)    Trugreen Landcare, LLC's Motion to Stay and Request for Oral Argument [doc. #14] is DENIED;

2)    Oral arguments will be held on December 8, 2003 at 2:00 P.M. regarding Petitioners' Application for Order Confirming Arbitration Award [doc. #1] and Respondent's Motion for an Order Vacating Arbitration Award [doc. #12];

3)    By November 11, 2003, the parties shall each a file supplemental brief not to exceed five (5) pages on the issue of whether or not the Court is permitted to consider testimony, written or otherwise, regarding the arbitrators' deliberations.

IT IS SO ORDERED.

/s/ _____Mark R. Kravitz_____
U.S.D.J.

Dated at New Haven, Connecticut: October 29, 2003.