10/03/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday October 28, 2003
2:15 p.m.

CASE NO.   3-02-cv-2303 EJL Inc v Trugreen Landcare
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COUNSEL OF RECORD:

| | |
|---|---|
| Eric M. Grant | Yamin & Grant, 182 Grand St. Suite 417, Waterbury, CT 203-574-5175 |
| Joshua D. Koskoff | Koskoff, Koskoff & Bieder, P.C., 350 Fairfield Ave., Bridgeport, CT 203-336-4421 |
| Paul Michienzie | Michienzie & Sawin, 101 Merrimac Street, 6th Fl., Boston, MA 617-227-5660 |
| David P. Russman | Michienzie & Sawin, 101 Merrimac Street, 6th Fl., Boston, MA 617-227-5660 |
| Joseph P. Yamin | Yamin & Grant, 182 Grand St. Suite 417, Waterbury, CT 203-574-5175 |
| Keith P. Zanni | Yamin & Grant, 182 Grand St. Suite 417, Waterbury, CT 203-574-5175 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 10/28/03

one hour