UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EJL, INC. and EDMOND LAFLAMME, | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | CIVIL NO.   3:02CV2303 (MRK) |
| | : | |
| TRUGREEN LANDCARE, LLC., | : | |
| | : | |
| Respondent. | : | |

### ORDER

The parties having submitted their briefs regarding enforcing [doc. #1] and vacating [doc. #12] the arbitration award in the above-captioned matter prior to the Second Circuit's issuance of its decision in *The GMS Group, LLC v. Benderson*, 326 F.3d 75 (2d Cir.2003), the Court hereby orders the parties to be prepared to address *Benderson* at the oral argument scheduled for December 11, 2003 at 1:30 P.M.

                                                                                          IT IS SO ORDERED.

                                      /s/      Mark R. Kravitz
                                                                    U.S.D.J.

Dated at New Haven, Connecticut: December 10, 2003.