CT/cvmhrg (January 10, 2002)

HONORABLE M.R. Kravitz

DEPUTY CLERK K. Ghilard IRPTR/ERO/TAPE

TOTAL TIME: 1 hours 20 minutes

DATE Dec 18, 2003    START TIME 1130pm    END TIME 2:50

LUNCH RECESS FROM _____ TO _____

EJL INC

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:02cv 2303 mRK

§                    Joseph P. Yamin
§                    Plaintiffs Counsel
vs.           §           ☑ SEE ATTACHED CALENDAR FOR COUNSE
§                    David P. Russman
Trugreen Landcare    §                    Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing     ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing       ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing          ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

| | | Motion | | | |
|---|---|---|---|---|---|
| ☑ | #12 | Def. Mot. For order Vacating arbitration | ☐ granted | ☐ denied | ☑ advisement |
| ☐ | # | award | ☐ granted | ☐ denied | ☐ advisement |
| ☑ | #1 | Pla. Application for order Confirming | ☐ granted | ☐ denied | ☑ advisement |
| ☐ | # | arbitration award | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | | filed | docketed |
|---|---|---|---|
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |
| ☐ | _____ | ☐ filed | ☐ docketed |

☐ _____ Hearing continued until _____ at _____