UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Jan 30  10 09 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

EJL, INC. and EDMOND LAFLAMME, )
    Petitioner )
)
v. )   C.A. No. 302-CV-2303-MRK
)
TRUGREEN LANDCARE, LLC, )
    Respondent )

## STIPULATION OF DISMISSAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Now come the parties in the above-referenced action pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that the within action is dismissed including all counterclaims with prejudice and without costs, and each party waives all rights of appeal.

Respectfully submitted,

ELJ, INC. and
EDMOND LAFLAMME
By their attorneys,

Joseph Yamin – Firm Juris No: 418063
Yamin & Grant LLC
2 Grand Street, Suite 417
aterbury, CT 06702
1.203-574-5175

Respectfully submitted,

TRUGREEN LANDCARE, LLC
By its attorneys,

Paul Michienzie, MA BBO #548701
(Pro Hac Vice, Temp.
Fed. ID #ct23367)
David Russman, MA BBO #567796
(Pro Hac Vice, Temp.
Fed. ID #ct23339)
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel. 617-227-5660

{048628.DOC}

GRANTED
Kevin F. Rowe, Clerk
By Deputy Clerk